IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, )<br>)<br>) <br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>U.S. DEPARTMENT )<br>OF INTERIOR, )<br>)<br>Defendant. )<br>)<br>_____ ) | Civ. No. 08-0506-E-BLW<br><br>JUDGMENT |

In accordance with the Memorandum Decision filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion for fees and costs (docket no. 61) is GRANTED, and defendant shall pay to plaintiff the sum of $ 263,472 in fees and costs pursuant to 28 U.S.C. § 2412(d)(1)(A).

DATED: **July 20, 2010**

Honorable B. Lynn Winmill
Chief U. S. District Judge