IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, <br><br> Defendant. | Case No.  4:08-CV-506-BLW <br><br> ORDER |

Pursuant to the Stipulation (docket no. 70),

NOW THEREFORE IT IS HEREBY ORDERED, that this action be DISMISSED and that the Clerk close this case.

DATED:  **September 24, 2012**

B. LYNN WINMILL
Chief Judge
United States District Court

Order – page 1